UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:03CR00065-01 |
| | ) | |
| Abdou Saab | ) | |

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before then Chief U.S. District Judge Ernest C. Torres, for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant's term of supervision expired on December 4, 2006 by this Court, it is hereby

**ORDERED** that the defendant's passport be released.

**ENTERED** as an order of this Honorable Court the 13 day of December, 2006.

ENTER:

Ernest C. Torres
Senior U.S. District Judge
12/13/06

PER ORDER:

Deputy Clerk